IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS KURZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE CREDIT, INC. | : | NO. 10-5070 |

FILED
JAN 05 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 4th day of January, 2011, it is hereby Ordered that the above case is Dismissed for Lack of Prosecution. This action was filed on September 28, 2010, and service was effected on October 7, 2010. Plaintiff has been notified by the Clerk that failure to file a request for default by December 15, 2010, or to show good cause as to why this case should not be dismissed would result in dismissal for lack of prosecution. As of this date plaintiff has neither requested default, nor shown good cause as to why this case should not be dismissed, therefore dismissal is warranted.

AND IT IS SO ORDERED.

William H. Yohn, Jr., Judge