UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARCUS KURZ<br>　　　　Plaintiff<br><br>vs.<br><br>NATIONWIDE CREDIT, INC.<br>　　　　Defendant | )<br>)  Case Number: 10-5070<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

　　　　AND NOW, this 2nd day of May, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

　　　　　　　　　　　　　　　　Warren & Vullings, LLP

　　　　　　　　　　　　BY:　/s/ *Brent F. Vullings*
　　　　　　　　　　　　　　　Brent F. Vullings, Esquire
　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　BY: /s/ *Warren S. Wolf*
　　　　　　　　　　　　　　　Warren S. Wolf, Esquire
　　　　　　　　　　　　　　　Attorney for Defendant